**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 08-8480**

─────────

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

DAVE ANDRAE TAYLOR, a/k/a Indian, a/k/a Nicholas, a/k/a
Spike,

        Defendant - Appellant.

─────────

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  Robert E. Payne, Senior
District Judge.  (3:99-cr-00145-REP-2)

─────────

Submitted: April 16, 2009        Decided: April 24, 2009

─────────

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

─────────

Affirmed by unpublished per curiam opinion.

─────────

Dave Andrae Taylor, Appellant Pro Se.  G. Wingate Grant, OFFICE
OF THE UNITED STATES ATTORNEY, Michael Arlen Jagels, Special
Assistant United States Attorney, Robert E. Trono, Assistant
United States Attorney, Richmond, Virginia, for Appellee.

─────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dave Andrae Taylor appeals the district court's order denying relief on his motion for reduction of sentence filed under 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we deny Taylor's motion for appointment of counsel and affirm. <u>United States v. Taylor</u>, No. 3:99-cr-00145-REP-2 (E.D. Va. Nov. 7, 2008). We deny Taylor's motion to schedule oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>